| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| MARTIN C. FLIESLER, ESQ. (73768)<br>FLIESLER MEYER LLP<br>650 California Street, 14th Floor<br>San Francisco, CA 94108 | (415) 362-3800 | |
| Attorneys for: HI/FN, INC. | Ref. No. Or File No.<br>W2489158 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
HI/FN, INC.

Defendant:
JONATHAN W. DUDAS, etc.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>07-6430 |
|---|---|---|---|---|

I, Lon Cook, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT AND CERTIFICATION OF INTERESTED PARTIES; CIVIL CASE COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES' DISPUTE RESOLUTION PROCEDURES HANDOUT; UNITED STATES DISTRICT COURT FILING GUIDELINES

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : JONATHAN W. DUDAS, Director of the United States Patent & Trademark Office

By Serving : ELSIE SATO, Paralegal/Authorized to Accept Service of Process

Address : 450 Golden Gate Avenue, 11th floor, San Francisco, California 94102
Date & Time : Friday, December 21, 2007 @ 12:15 p.m.
Witness fees were : Not applicable.

Person serving:
Lon Cook
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 976
  (3) County: San Francisco
  (4) Expires: 4/30/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 21, 2007        Signature: _____
                                                    Lon Cook


Printed on recycled paper

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Hi/fn, Inc., a Delaware Corporation

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

JONATHAN W. DUDAS, Director of the United States Patent & Trademark Office

CV 07 6430 MMC

TO: (Name and address of defendant)

United States Patent & Trademark Office
c/o United States Attorney
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin C. Fliesler
Rex Hwang
Julie Daniels Missud
FLIESLER MEYER LLP
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-3800

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DEC 2 0 2007
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                *Date*                                              *Signature of Server*

                                                                    _____
                                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure