JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, P.O. Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:       abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HI/FN, INC., | ) | No. C 07-6430 MMC |
| | ) | **E-FILING CASE** |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| JONATHAN W. DUDAS, DIRECTOR OF | ) | **ORDER** |
| THE UNITED STATES PATENT & | ) | |
| TRADEMARK OFFICE, | ) | |
| | ) | |
|     Defendant. | ) | |

      IT IS HEREBY STIPULATED by and between plaintiff Hi/fn, Inc. and defendant, Jonathan W. Dudas, as follows:

      1.     Plaintiff filed this action pursuant to the Administrative Procedures Act, 5 U.S.C. §§ 701 *et seq.*, and other statutes requesting review of decisions made by the Patent and Trademark Office ("PTO"). Specifically, plaintiff seeks review of the PTO's decision that Hi/fn's delay in paying the maintenance fees for nine of its patents were not unavoidable within the meaning of 35 U.S.C. § 41(c)(1). As such, the parties agree that this case presents the review of an administrative record and is appropriate for resolution in accordance with the procedures set forth in Northern District Local Rule 16-5.

//

**1**       2.     The parties agree that Defendant will file an answer on or before March 20, 2008.

**2**       3.     The parties agree that there are nine patents at issue. The parties further agree that defendant shall file the administrative record with respect to one representative patent on or before April 3, 2008. The parties agree that the district court's resolution of the case based upon the representative patent shall apply to all nine patents.

      4.     The parties agree that the representative patent shall be chosen in the following manner. On or before March 20, 2008, defendant shall prepare and serve on plaintiff the documents with respect to two patents, namely US Patent 5,463,390 and US Patent 5,003,307. On or before March 27, 2008, plaintiff shall inform defendant which one of the two patents shall be the representative patent for purposes of deciding all issues in this case. On or before April 3, 2008, defendant shall file with the district court the administrative record consisting of the relevant documents of only the selected representative patent.

      5.     The parties further agree and stipulate that this case is not appropriate for the Alternative Dispute Resolution Procedures set forth in the local rules and is not appropriate for the initial disclosure and other discovery obligations set forth in Rule 26 of the Federal Rules of Civil Procedure. The parties jointly request that the Court sign the proposed order that follows this stipulation; the order relieves the parties of the otherwise applicable initial disclosure and ADR obligations.

      6.     Pursuant to Local Rule 16-5, the parties adopt, and request that the court accept, the following briefing schedule for resolution of this case:

      A.     The parties shall file cross-motions for summary judgment on or before April 25, 2008. The cross-motions shall be set for hearing on the Court's regular May 30, 2008 calendar or at such other time as the Court directs.

      B.     The parties shall file their respective oppositions on or before May 9, 2008.

      C.     Reply briefs are not required; if either party chooses to submit a reply brief, such brief shall be filed on or before May 16, 2008.

//

1   7.   The parties recognize that if this stipulation is accepted by the Court, there may be
2   no need for an Initial Case Management Conference.  Accordingly, the parties request that the
3   court consider entering the following order that vacates the April 4, 2008 case management
4   conference established in the December 20, 2007 scheduling order.
5   **IT IS SO STIPULATED.**

                                          Respectfully submitted,

           JOSEPH P. RUSSONIELLO          FLIESLER MEYER
           United States Attorney


Dated: 3/4/08    By:  _____/s/_____          ___/s/ Martin C. Fliesler___
                      ABRAHAM A. SIMMONS            MARTIN C. FLIESLER
                      Assistant United States Attorney   Attorneys for Plaintiff
                      Attorneys for Defendant       Hi/fn, Inc.

## [PROPOSED] ORDER

Good cause appearing, the court enters the following order:

1.   This case presents the review of an administrative record and is appropriate for resolution in accordance with the procedures set forth in Northern District Local Rule 16-5. Defendant shall file an answer on or before March 20, 2008.  On or before March 20, 2008, defendant shall prepare and serve on plaintiff the documents with respect to two patents, namely US Patent 5,463,390 and US Patent 5,003,307.  On or before March 27, 2008, plaintiff shall inform defendant which one of the two patents shall be the representative patent for purposes of deciding all issues in this case.  On or before April 3, 2008, defendant shall file with the district court the administrative record consisting of the relevant documents relating to only the representative patent chosen by plaintiff.

2.   This case is removed from the Alternative Dispute Resolution Program and the parties are relieved from the initial disclosure obligations set forth in Rule 26 of the Federal Rules of Civil Procedure.

3.   The parties shall comply with the following briefing schedule for resolution of this case:   (See Civ. L.R. 16-5 (setting forth procedure for review on administrative record).)

1  A.  ~~The parties shall file cross-motions~~ Plaintiff shall file a motion for summary judgment on or before April 25, 2008. The ~~cross-motio~~ motions shall be set for hearing on the Court's regular May 30, 2008 calendar.

2  B.  ~~The parties shall file their respective oppositions~~ Defendant shall file its opposition and cross-motion for summary judgment on or before May 9, 2008.

3  C.  ~~Reply briefs are not required. Nevertheless, if either party~~ If plaintiff chooses to submit a reply brief, such brief shall be filed on or before May 16, 2008.

4. The April 4, 2008 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

March 5, 2008
Date

[signature]
MAXINE M. CHESNEY
United States District Judge

Stipulation And [Proposed] Order
C 07-6430 MMC                                     4