1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, P.O. Box 36055
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-7264
6      Facsimile:    (415) 436-6748
       Email:        abraham.simmons@usdoj.gov
7
   Attorneys for Federal Defendant
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11
                                         )   No. C 07-6430 MMC
12 Hi/fn, Inc.                           )
                                         )
13                      Plaintiff,       )   CERTIFICATE OF SERVICE
                                         )   **E-FILING CASE**
14                v.                     )
                                         )
15 Jonathan W. Dudas, Director of the    )
   United States Patent & Trademark Office, )
16                                       )
                                         )
17                      Defendant.       )
                                         )
18

19

20      The undersigned hereby certifies that she is an employee of the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers. The undersigned further certifies that she is causing a copy of:

23                           **Administrative Record**

24 to be served this date upon the party(ies) as follows:

25 Martin C. Fliesler, Esq.
   Rex Hwang, Esq.
26 Julie Daniels Missud, Esq.
   Fliesler Meyer LLP
27 650 California Street, 14th Fl.
   San Francisco, CA 94108
28 PH: 415.362.3800    FX: 415.362.2928

1  \_\_\_\_\_   **BY FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully
2           prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

3  \_\_√\_\_   **BY PERSONAL SERVICE, (MESSENGER)**

4  \_\_\_\_\_   **FEDERAL EXPRESS**

5  \_\_\_\_\_   **FACSIMILE, (FAX)** Telephone No.:   See Above

6  \_\_\_\_\_   **BY E-MAIL**: I caused each such document to be sent by email to the person or offices of
               each                address above.
7
   \_\_\_\_\_   **CERTIFIED MAIL**, by placing such envelope(s) with postage thereon fully prepaid in
8              the designated area for outgoing U.S. mail in accordance with this offices practice .

9           I declare under penalty of perjury under the laws of the United States that the foregoing is
   true and correct.
10

11 DATED: April 4, 2008            /s/ Kathy Tat
                                   Kathy Tat
12                                 Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service
C 07-6430 MMC                      2