```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

        450 Golden Gate Avenue, P.O. Box 36055
        San Francisco, California 94102-3495
        Telephone:    (415) 436-7264
        Facsimile:    (415) 436-6748
        Email:        abraham.simmons@usdoj.gov

Attorneys for Federal Defendant
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Hi/fn, Inc., ) | No. C 07-6430 MMC |
| ) | **E-FILING CASE** |
| Plaintiff, ) | |
| ) | |
| v. ) | **ADMINISTRATIVE RECORD** |
| ) | |
| Jonathan W. Dudas, Director of the ) | |
| United States Patent & Trademark Office, ) | |
| ) | |
| Defendant. ) | |
|  ) | |

## MANUAL FILING NOTIFICATION

Regarding: Administrative Record

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ **X** ] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[ ] Physical Object (description): _____

1  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

2  [_] Item Under Seal

3  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

4  [_] Other (description): _____

5  _____

6  Dated:   April 25, 2008                                         Respectfully submitted,

7                                                                               JOSEPH P. RUSSONIELLO
                                                                                  United States Attorney
8

9                                                                                 /s/ Abraham A. Simmons
                                                                                  ABRAHAM A. SIMMONS
10                                                                              Assistant United States Attorney
                                                                                  Attorneys for Defendant
11
    OF COUNSEL:
12
    ROBERT J. MCMANUS
13  WILLIAM J. LAMARCA
    Associate Solicitors
14  USPTO Office of the Solicitor
    P.O. Box 15667
15  Arlington, VA 22215
    (571) 272-9035
16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Manual Filing of Admin. Record
C 07-6430 MMC                                     2