UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hi/fn, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN W. DUDAS, Director of the United States Patent & Trademark Office,<br><br>Defendant. | **CASE NO. C 07-6430 MMC**<br><br>**[PROPOSED] ORDER GRANTINGPLAINTIFF HI/FN, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     May 30, 2008<br>Time:     9:00 a.m.<br>Location: Courtroom 7, 19th Floor<br><br>**Honorable Maxine M. Chesney** |

On this date, the Court considered Plaintiff Hi/fn, Inc.'s Motion for Summary Judgment. After careful consideration, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that the following patents be reinstated: U.S. Patent No. 5,003,307; U.S. Patent No. 5,414,425; U.S. Patent No. 5,016,009; U.S. Patent No. 5,126,739; U.S. Patent No. 5,146,221; U.S. Patent No. 5,532,694; U.S. Patent No. 5,414,850; U.S. Patent No. 5,506,580; and U.S. Patent No. 5,463,390.

IT IS SO ORDERED.


Dated: _____    _____
                                  HONORABLE MAXINE M. CHESNEY
                                  UNITED STATES DISTRICT JUDGE