1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HI/FN, INC.,                                    No. C-07-6430 MMC

        Plaintiff,                          **ORDER VACATING MAY 30, 2008
                                                 HEARING ON MOTIONS FOR
  v.                                            SUMMARY JUDGMENT**

JONATHAN W. DUDAS,

        Defendant
_____/

      Before the Court is plaintiff Hi/fn, Inc.'s Motion for Summary Judgment, filed April 25,
2008, and defendant Jonathan W. Dudas' Cross-Motion for Summary Judgment, filed May
9, 2008.  Having read and considered the papers filed in support of and in opposition to the
motions, the Court finds the matters appropriate for resolution without oral argument, see
Civil L.R. 7-1(b), and hereby VACATES the May 30, 2008 hearing.

      **IT IS SO ORDERED.**

Dated: May 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge