IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HI/FN, INC.,

Plaintiff,

v.

JONATHAN W. DUDAS, Director, United States Patent & Trademark Office,,

Defendant.

No. CV-07-6430 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Plaintiff's motion for summary judgment is hereby DENIED; and

2. Defendant's cross-motion for summary judgment is hereby GRANTED.

Dated: January 27, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk